## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles P. Kocoras | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 6401 | **DATE** | 2/16/2010 |
| **CASE TITLE** | Repika vs. Stephens & Michaels Associates, Inc. | | |

**DOCKET ENTRY TEXT**

The Court having been informed by telephone that the parties have reached a settlement, this cause is hereby dismissed without prejudice and with leave to reinstate on or before 3/31/2010 if settlement is not effectuated. Said dismissal will then become with prejudice unless the complaint has been reinstated, or the time to reinstate has been extended by the Court. Status hearing set for 2/17/2010 is stricken.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SCT |
|---|---|---|